BILL LOCKYER
Attorney General of the State of California
THOMAS GREENE
Chief Assistant Attorney General
KATHLEEN E. FOOTE
Senior Assistant Attorney General
State Bar No. 65819
EMILIO E. VARANINI
Deputy Attorney General
State Bar No. 163952
  300 S. Spring Street
  Los Angeles, CA 90013-1230
  Telephone: (213) 897-6505
  Fax: (213) 620-6005
  Email: emilio.varanini@doj.ca.gov
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG et al.,<br><br>    Defendants.<br><br>THE STATE OF NEW YORK,<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC. et. al.,<br><br>    Defendants. | Case Nos.: C 06-4333 PJH, C 06-6436 PJH, MDL No. 1486<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING DATE ON MOTIONS TO DISMISS FOR FAILURE TO STATE A CLAIM |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that the date for the States' and New York's Oppositions to Defendants' Motions to Dismiss for Failure to State a Claim shall be continued from October 25, 2006 to November 29, 2006, that the date for the Defendants' Reply to the States' and New York's Oppositions shall be

1  continued from November 1, 2006 to December 20, 2006, and that the hearing date for the
2  Defendants' Motions to Dismiss for Failure to State a Claim shall be continued from November 15,
3  2006 to February 7, 2007.

Dated: October 26, 2006        Respectfully submitted,


EMILIO E. VARANINI, IV
Deputy Attorney General of the State of California


_____  /s/ Emilio E. Varanini
Emilio E. Varanini, IV
Attorneys for The State of California, on behalf of all State
Plaintiffs and the State of New York


JOEL S. SANDERS
Gibson, Dunn & Crutcher


_____  /s/ Joel S. Sanders
Joel S. Sanders
Attorneys for Micron Defendants and signing on behalf of all
defendants for purposes of this stipulation


November 1, 2006
IT IS SO ORDERED this _____ day of October, 2006

THE HONORABLE PHYLLIS J. HAMILTON
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stipulation and Order Continuing Hearing Date For Motion to Dismiss - C 06 4333 PJH, C 06 6436 PJH
2