1  STEPHEN V. BOMSE (Bar No. 40686)
   (stephen.bomse@hellerehrman.com)
2  DAVID C. BROWNSTEIN (Bar No. 141929)
   (david.brownstein@hellerehrman.com)
3  SCOTT E. MORGAN (Bar No. 189507)
   (scott.morgan@hellerehrman.com)
4  HELLER EHRMAN LLP
5  333 Bush Street
   San Francisco, CA  94104-2878
6  Telephone:  (415) 772-6000
   Facsimile:  (415) 772-6268
7
   Attorneys for Defendants
8  MOSEL VITELIC INC. and
   MOSEL VITELIC CORPORATION
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No.: M-02-1486 PJH<br><br>MDL No. 1486<br>Case No. 3:06-cv-04333-PJH<br>Case No. 3:06-cv-06436-PJH |
| This Document Relates to:<br><br>*State of California ex rel. Lockyer et al. v. Infineon Technologies AG et al.*<br><br>*State of New York v. Micron Technology et al.* | **DEFENDANTS MOSEL VITELIC INC. AND MOSEL VITELIC CORPORATION'S NOTICE OF SUBSTITUTION OF COUNSEL** AND ORDER<br><br>The Honorable Phyllis J. Hamilton |

Heller
Ehrman LLP

DEFENDANTS MOSEL VITELIC INC. AND MOSEL VITELIC CORPORATION'S NOTICE OF SUBSTITUTION
OF COUNSEL – CASE NOS. 3:06-CV-04333-PJH AND 3:06-CV-06436-PJH

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Mosel Vitelic Inc. and Mosel Vitelic Corporation hereby substitute Stephen V. Bomse, David C. Brownstein and Scott E. Morgan and the law firm of Heller Ehrman LLP as attorney of record in place of William M. Goodman and the law firm of Topel & Goodman.  The address of Heller Ehrman LLP is 333 Bush Street, San Francisco, California 94104-2878.  Its telephone numbers are (415) 772-6000 (voice) and (415) 772-6268 (facsimile).  Messrs. Bomse, Brownstein and Morgan are admitted to practice before this Court.

DATED:  February 6, 2007         Respectfully submitted,

HELLER EHRMAN LLP


By _____/s/ David C. Brownstein_____
    DAVID C. BROWNSTEIN

Attorneys for Defendants MOSEL VITELIC CORPORATION AND MOSEL VITELIC INC.

2/8/07



DEFENDANTS MOSEL VITELIC INC. AND MOSEL VITELIC CORPORATION'S NOTICE OF SUBSTITUTION OF COUNSEL – CASE NOS. 3:06-CV-04333-PJH AND 3:06-CV-06436-PJH

1