# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br>MDL. No. 1486<br>Case No. C 06-6436 PJH |
| This Document Relates to: | Assigned for all purposes to the Hon. Phyllis J. Hamilton |
| STATE OF NEW YORK,<br><br>Plaintiff<br><br>v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO LODGE RECENT OPINION RELEVANT TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF CAN BE GRANTED** |

Pursuant to Local Rule 7-3(d), Defendants' APPLICATION FOR LEAVE TO LODGE RECENT OPINION RELEVANT TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF CAN BE GRANTED, filed May 16, 2007, is hereby GRANTED.

IT IS SO ORDERED.

DATED: __August 31_____, 2007

_____
IT IS SO ORDERED
Judge Phyllis J. Hamilton
United States District Judge