UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION _____/ This Document Relates to: State of New York v. Micron et al. (C 06-6436 PJH) _____/ | No. M 02-1486 PJH **ORDER RE DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Before the court is defendants' request for leave to file a motion for reconsideration in connection with this court's August 31, 2007 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss. Defendants specifically seek leave to file a motion for reconsideration of the portion of the order denying defendants' motion to dismiss plaintiff's claim under New York Executive Law § 63(12) as untimely.

Pursuant to Civil Local Rule 7-9(d), the court hereby GRANTS defendants' request for leave to file a motion for reconsideration. The court furthermore treats defendants' motion for leave to file reconsideration as its actual motion for reconsideration. Plaintiff is hereby granted one week, until **September 20, 2007**, in which to file an opposition to defendants' motion for reconsideration, if so desired. Such opposition shall be no longer than 10 pages in length. The court will thereafter take the matter under submission.

**IT IS SO ORDERED.**

Dated: September 12, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge