KENNETH R. O'ROURKE (S.B. #120144)
korourke@omm.com
STEVEN H. BERGMAN (S.B. #180542)
sbergman@omm.com
JANE Y. CHANG (S.B. #241890)
jchang@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
275 Battery St.
San Francisco, CA  94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys for Defendants*
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br>MDL. No. 1486<br>Case No. C 06-6436 PJH |
| This Document Relates to: | Assigned for all purposes to the Hon. Phyllis J. Hamilton |
| STATE OF NEW YORK,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>　　　　Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE DATE TO PLAINTIFF THE STATE OF NEW YORK'S AMENDED COMPLAINT** |

1   Plaintiff the State of New York and Defendants Elpida Memory, Inc. and
2   Elpida Memory (USA) Inc. (collectively "Elpida"), Infineon Technologies AG and
3   Infineon Technologies North America Corp. (collectively "Infineon"), Hynix
4   Semiconductor Inc. and Hynix Semiconductor America Inc. (collectively "Hynix"),
5   Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively
6   "Micron"), Mosel Vitelic Inc. and Mosel Vitelic Corp. (collectively "Mosel"), Nanya
7   Technology Corp. and Nanya Technology Corp. USA (collectively "Nanya"), and NEC
8   Electronics America, Inc., by and through their counsel, jointly submit this stipulation
9   regarding Defendants' response, whether by answer or motion, to Plaintiff the State of
10  New York's Amended Complaint filed with the Court on October 1, 2007.

11   IT IS HEREBY STIPULATED by the parties, by and between their counsel
12  and subject to Court approval, that without waiving the right to assert any and all defenses
13  available to Defendants, and in the interest of keeping this case on a parallel track as *State*
14  *of California v. Infineon Technologies AG*, Case No. C-06-4333 PJH, Defendants have
15  thirty (30) days from the Court's order on the filing of the [Proposed] Third Amended
16  Complaint in the *State of California* action to respond, whether by answer or motion, to
17  the amended complaint in *State of New York v. Micron Technology Inc.*, Case No. C-06-
18  6436 PJH.

19  Dated:    October 23, 2007

20  ANDREW CUOMO                                          O'MELVENY & MYERS LLP
21  Attorney General of the State of New York             KENNETH R. O'ROURKE.
    JAY L. HIMES                                          MICHAEL F. TUBACH
22  RICHARD L. SCHWARTZ                                   STEVEN H. BERGMAN
    JEREMY R. KASHA                                       JANE Y. CHANG
23

24  By:    /Richard L. Schwartz/                          By:    /Steven H. Bergman/
           Richard L. Schwartz                                   Steven H. Bergman
25

26  *Attorneys for Plaintiff State of New York*           *Attorneys for Hynix Semiconductor Inc.*
                                                          *and Hynix Semiconductor America Inc.*
27                                                        *and, for purposes of this stipulation only,*
                                                          *signing on behalf of all other defendants*
28

1  **[Proposed] Order**

2  Pursuant to the Stipulation of the parties, the Court hereby orders that

3  Defendants shall have thirty (30) days from the date the Court order on the filing of the

4  [Proposed] Third Amended Complaint in *State of California v. Infineon Technologies AG*,

5  Case No. C-06-4333 PJH to respond to the First Amended Complaint by answer or by

6  motion.

8  Dated: October __26__, 2007

