UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DRAM ANTITRUST LITIGATION | Master File No. M-02-1486 PJH (JCS) |
| This Document Relates to: | Case No. C06-6436 PJH (JCS) |
| STATE OF NEW YORK, | |
| Plaintiff(s), | **ORDER GRANTING IN PART, DENYING IN PART STATE OF NEW YORK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE STATE OF NEW YORK'S MOTION FOR DISCOVERY RE: HYNIX [Docket No. 114-2]** |
| v. | |
| MICRON TECHOLOGIES, ET AL, | |
| Defendant(s). | |

On February 1, 2008, Plaintiff State of New York filed an Administrative Motion to File Under Seal Certain Exhibits to the State of New York's Motion for Discovery Re: Hynix (the "Motion")[1]

On February 8, 2008, the Hynix Defendants filed a response to the Motion.

IT IS HEREBY ORDERED THAT the Motion is GRANTED as to Exhibits 12, 24, 33, and 38[2] shall remain under seal. The Motion is DENIED as to Exhibits 3, 4, 5, 7, 9 and 11 to the Motion. The State of New York shall electronically file these exhibits so that they may be made part of the public record in this proceeding.

IT IS SO ORDERED.

Dated: February 14, 2008

JOSEPH C. SPERO
United States Magistrate Judge

---

[1] The Administrative Motion to Seal was not filed as a separate motion, but was filed as an attachment to the Redacted Joint Letter Brief. Future Motions to Seal should be filed as separate motions and not as attachments.

[2] Exhibit 38 was marked as Exhibit 39 when submitted by the State of New York.