1  KENNETH R. O'ROURKE (S.B. #120144)
   korourke@omm.com
2  STEVEN H. BERGMAN (S.B. #180542)
   sbergman@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA 90071-2899
   Telephone: (213) 430-6000
5  Facsimile: (213) 430-6407

6  MICHAEL F. TUBACH (S.B. #145955)
   mtubach@omm.com
7  KATHERINE M. ROBISON (S.B. #221556)
   krobison@omm.com
8  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
9  San Francisco, CA 94111-3823
   Telephone: (415) 984-8700
10 Facsimile: (415) 984-8701

11 *Attorneys for Defendants*
   HYNIX SEMICONDUCTOR INC. and
12 HYNIX SEMICONDUCTOR AMERICA INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> INFINEON TECHNOLOGIES AG et al., <br><br> Defendants. | Case No. C 06-4333 PJH <br><br> Assigned for all purposes to the Hon. Phyllis J. Hamilton <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE DECEMBER 5, 2008 DISCOVERY CONFERENCE** |
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH <br> MDL. No. 1486 |
| This Document Relates to: <br><br> STATE OF NEW YORK, <br><br> Plaintiff <br><br> v. <br><br> MICRON TECHNOLOGY, INC., et al., <br><br> Defendants. | Case No. C 06-6436 PJH |

LA2:862346.2

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, the Court ordered a discovery conference on December 5, 2008 |
| 3 | at 1:30 p.m.; and |
| 4 | WHEREAS, for scheduling reasons, the parties are amenable to continuing |
| 5 | the December 5, 2008 discovery conference; |
| 6 | THEREFORE, pursuant to Civil L.R. 7-11, the Plaintiff States and |
| 7 | Defendants have stipulated and agreed as follows: |
| 8 | 1. The December 5, 2008 discovery conference shall be continued to |
| 9 | January 9, 2009 at 1:30 p.m.; and |
| 10 | 2. The parties shall submit a joint discovery status conference statement |
| 11 | on January 5, 2009. |
| 12 | SO STIPULATED. |
| 13 | Dated: December 1, 2008 |

EDMUND G. BROWN, JR.
Attorney General of the State of California
THOMAS GREENE
KATHLEEN E. FOOTE
EMILIO E. VARANINI

By:  /Emilio E. Varanini/
         Emilio E. Varanini

Liaison Counsel for Plaintiff States

O'MELVENY & MYERS LLP
KENNETH R. O'ROURKE.
MICHAEL F. TUBACH
STEVEN H. BERGMAN
KATHERINE M. ROBISON

By:  /Steven H. Bergman/
         Steven H. Bergman

*Attorneys for Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. and, for purposes of this stipulation only, signing with permission of all other defendants*

LA2:862346.2

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER
CONTINUING DEC. 5, 2008 DISCOVERY CONF.
CASE NO. C 06-4333 PJH; MDL NO. 1486

| | |
|---|---|
| 1 | **<u>ATTESTATION OF FILING</u>** |

Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of this Joint Stipulation and [Proposed] Order Continuing the December 5, 2008 Discovery Conference from all of the parties listed in the signature blocks above.

By:     */Steven H. Bergman/*
             Steven H. Bergman

1 **[PROPOSED] ORDER**

2 Pursuant to the Stipulation of the parties, IT IS SO ORDERED.

3 The December 5, 2008 discovery conference shall be continued to January 9, 2009 at 1:30 p.m. and the parties shall submit a joint discovery conference statement on January 5, 2009.

Dated: December _3_, 2008

_____
Judge Joseph C. Spero
United States District Court, Northern District of California